striking out of the second full paragraph on page 12, in the first line, the word "that" and the words "is invalid," and inserting, after the word "decision," the words "as to." In other respects the petition is denied.

Reported as amended, *ante*, p. 5; see also, *ante*, p. 613.

Nos. 745 and 746. BOTELER, TRUSTEE, *v.* INGELS, DIRECTOR OF MOTOR VEHICLES OF CALIFORNIA, ET AL. April 24, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Thomas S. Tobin* for petitioner. *Messrs. Earl Warren* and *Frank W. Richards* for respondents.

No. 767. NATIONAL LABOR RELATIONS BOARD *v.* NEWPORT NEWS SHIPBUILDING & DRY DOCK CO. April 24, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Solicitor General Jackson* and *Mr. Charles Fahy* for petitioner. *Messrs. Fred H. Skinner, John Marshall, H. H. Rumble,* and *Percy Carmel* for respondents.

No. 867. JOHN HANCOCK MUTUAL LIFE INSURANCE CO. *v.* BARTELS. April 24, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. John H. Bickett, Jr.* for petitioner. No appearance for respondent.

No. 847. CITIES SERVICE OIL CO. *v.* DUNLAP ET AL. May 1, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs.*